

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ARETAKIS, et al.,                           :
                                            :
                        Plaintiffs,         :
                                            :       08 Civ. 9712 (RMB) (KNF)
            - against -                     :
                                            :       ORDER
COMMITTEE ON PROFESSIONAL                   :
STANDARDS, et al.,                          :
                                            :
                        Defendants.         :
------------------------------------------------------------x
```

For the reasons set forth on the record at the conference on March 3, 2009, (see Tr. of Proceedings, dated Mar. 3, 2009), plaintiff John Aretakis's application "to withdraw from representation of [plaintiffs] Fr. Robert M. Hoatson and Caroline Nicholson" is granted. (Ltr. from John Aretakis to Hon. Richard M. Berman, dated Feb. 2, 2009); see also Local Civil Rule 1.4 of the United States District Courts for the Southern and Eastern Districts of New York.

**SO ORDERED.**

Dated: New York, New York
       March 5, 2009

                                            RMB
                                            _____
                                            **Richard M. Berman, U.S.D.J.**